1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

TERRY TAYLOR,                                )        No. C 14-5016 LHK (PR)
                                             )
12           Plaintiff,                      )        ORDER GRANTING
                                             )        EXTENSION OF TIME WITHIN
13                                           )        WHICH TO FILE A
      vs.                                    )        DISPOSITIVE MOTION OR
14                                           )        NOTICE REGARDING SUCH
CORRECTIONAL OFFICER A. LUGO, et )            MOTION
15  al.,                                     )
                                             )
16           Defendants.                     )
                                             )
17  _____)

18        Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights

19  action under 42 U.S.C. § 1983.  On August 13, 2015, the court screened plaintiff's amended

20  complaint and directed defendants to file a dispositive motion or notice regarding such motion

21  with respect to the cognizable claim that defendants Correctional Officers A. Lugo and R.

22  Morales, and Correctional Counselor J. Jackson violated the Eighth Amendment prohibition

23  against cruel and unusual punishment.  On August 18, 2015, defendants filed a request that the

24  court screen plaintiff's amended complaint and modify the briefing schedule.

25        The court's August 13, 2015, order screened plaintiff's amended complaint, which is the

26  operative complaint.  As the court stated in its order, defendants are directed to file a dispositive

27  motion or notice regarding such motion with respect to the cognizable claim that defendants

28  Correctional Officers A. Lugo and R. Morales, and Correctional Counselor J. Jackson violated

Order Granting Extension of Time Within Which to File Dispositive Motion or Notice Regarding Such Motion
P:\PRO-SE\LHK\CR.14\Taylor016misc.wpd

1  the Eighth Amendment prohibition against cruel and unusual punishment.  Because defendants

2  were uncertain as to whether the amended complaint was the operative complaint, the court

3  grants defendants' request for a modification of the briefing schedule.

4        No later than **sixty (60) days** from the filing date of this order, defendants shall file a

5  motion for summary judgment or other dispositive motion with respect to the cognizable claim

6  as stated above.  If defendants are of the opinion that this case cannot be resolved by summary

7  judgment, they shall so inform the court prior to the date the summary judgment motion is due.

8  Plaintiff's opposition to the dispositive motion shall be filed with the court and served on

9  defendants no later than **twenty-eight (28) days** from the date defendants' motion is filed.

10  Defendants <u>shall</u> file a reply brief no later than **fourteen (14) days** after plaintiff's opposition is

11  filed.  The motion shall be deemed submitted as of the date the reply brief is due.

12        IT IS SO ORDERED.

13  DATED:  9/18/2015

*Lucy H. Koh*

LUCY H. KOH
14                                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Extension of Time Within Which to File Dispositive Motion or Notice Regarding Such Motion
P:\PRO-SE\LHK\CR.14\Taylor016misc.wpd        2