UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TAYLOR,<br><br>            Plaintiff,<br><br>       v.<br><br>W.L. MUNIZ, et al.,<br><br>            Defendants. | Case No. 14-cv-05016 LHK (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE SUR-REPLY** |

      Plaintiff, a California state prisoner proceeding pro se, filed an amended civil rights action under 42 U.S.C. § 1983. Defendants have filed a motion for summary judgment. Plaintiff has filed an opposition, and defendants have filed a reply. In support of defendants' reply, defendants submitted evidence that was not introduced in their motion for summary judgment. Thus, plaintiff has not had an opportunity to respond to this new evidence.

      Defendants request that plaintiff be given an opportunity to respond to their reply. Defendants' request is granted. Plaintiff may, but is not required to, file a sur-reply no later than July 13, 2016. On July 13, 2016, defendants' motion will be deemed submitted for decision.

Case No. 14-cv-05016 LHK (PR)
ORDER DIRECTING PLAINTIFF TO FILE SUR-REPLY

1

**IT IS SO ORDERED.**

DATED: 6/29/2016

_____
LUCY H. KOH
United States District Judge