UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY TAYLOR,

    Plaintiff,

  v.

A. LUGO, et al.,

    Defendants.

Case No. 14-cv-05016-LHK (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on November 10, 2016, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Terry Taylor Pro Se.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Alicia Bower.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1  ( X ) The parties are unable to reach an agreement at this time. After discussing the matter with the parties, it is recommended to the District Court to appoint pro bono counsel knowledgeable in the area of plaintiff's personal injury actions for the sole purpose of assisting the plaintiff in a second round of settlement discussions. The matter is continued to December 13, 2016 at 1:00 pm to set a second round of settlement discussions. The parties should dial 888-684-8852/Access Code 1868782 to make their appearances at the setting conference.

**IT IS SO ORDERED.**

Dated: 11/10/2016

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY TAYLOR,

    Plaintiff,

v.

A. LUGO, et al.,

    Defendants.

Case No. 14-cv-05016-LHK (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry Taylor ID: F15029
California State Prison, Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: November 10, 2016

Susan Y. Soong
Clerk, United States District Court

By _____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3